IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Dennis J Mirabito<br>Debtor<br><br>Dennis J Mirabito<br>Movant<br>v.<br><br>SN Servicing Corporation as<br>servicer for U.S. Bank Trust<br>National Association, as Trustee of<br>LB-Igloo Series VI Trust<br>Kenneth E. West<br>                   Respondents | Case No.: 24-14319-amc<br><br>Chapter: 13<br><br>Judge:  Ashely M. Chan<br><br>Hearing Date:<br>July 22, 2025, at 11:00 am |

## **SETTLEMENT STIPULATION**

AND NOW, upon the Motion of Debtor, Dennis J Mirabito (the "Debtor") for Sale of the Property located at 50 Rabbit Run Lane, Casco, ME 04015 (the "Property"), and the Limited Objection of Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series VI Trust (the "Creditor");  it is hereby agreed as follows:

1.     Debtor has entered into an Agreement of Sale for the sale of the Property for the amount of $900,000.00.

2.     The current payoff amount to pay Creditor's loan in full is anticipated to be approximately $789,194.00, good through August 8, 2025.  Prior to closing, Creditor shall provide an update payoff to Counsel for Debtor as requested.

3.     Creditor's loan shall be paid in full from the proceeds of the sale of the Property, absent further Order of the Court.

4. The parties request that this Honorable Court approve this Stipulation.

Date: July 18, 2025

/s/ Lauren M. Moyer
Lauren M. Moyer, Esquire
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
*Counsel for Creditor*

Date: July 18, 2025

/s/ Paul J. Winterhalter
PAUL J. WINTERHALTER, Esq.
*Counsel for Debtor*

Date: July 18, 2025

/s/ Kenneth E. West
KENNETH E. WEST
*Chapter 13 Trustee*