IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Dennis J Mirabito<br>Debtor | Case No.: 24-14319-amc |
| | | Chapter: 13 |
| | Dennis J Mirabito<br>Movant<br>v. | Judge: Ashely M. Chan |
| | | Hearing Date:<br>July 22, 2025, at 11:00 am |
| | SN Servicing Corporation as<br>servicer for U.S. Bank Trust<br>National Association, as Trustee of<br>LB-Igloo Series VI Trust<br>Kenneth E. West<br>Respondents | |

**<u>ORDER APPROVING SETTLEMENT STIPULATION</u>**

AND NOW, this _____ day of _____, 20____, it is hereby ORDERED and DECREED that the Settlement Stipulation resolving Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series VI Trust's Limited Objection to Debtor's Motion to Sell Property located at 50 Rabbit Run Lane, Casco, ME 04015 is hereby APPROVED.

BY THE COURT:

_____
Patricia M. Mayer, Bankruptcy Judge